UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60168-CIV-UNGARO

JAMES WILLIAMS,
    Plaintiff,

v.

R.W. CANNON, INC., a Florida
corporation, d/b/a INTERSTATE BATTERY
SYSTEMS OF COASTAL FLORIDA, and
ROBERT W. CANNON, individually,
    Defendants.
_____/

## ORDER GRANTING MOTION IN LIMINE

THIS CAUSE came before the Court upon Plaintiff's Motion in Limine to Exclude Evidence, filed June 10, 2008. (D.E. 21.) Defendants have failed to file a response.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion in Limine to Exclude Evidence is GRANTED. The following evidence shall not be admissible at trial:

1. Plaintiff's criminal conviction approximately twenty-five years ago;

2. Plaintiff's former or present legal actions, unrelated to this action, including unemployment claims and a pending charge of discrimination against Defendant Interstate Battery Systems of Coastal Florida;

3. Plaintiff's payment or nonpayment of child support;

4. The number of children Plaintiff has, his relationship with his children, and the employment and criminal activity of his children;

5. Plaintiff's co-habitation with a woman who is not his wife and his estrangement from his wife;

6. Defendants' loans and gifts to Plaintiff;

7. Plaintiff's past employment history; and

8. The circumstances surrounding Plaintiff's termination from employment.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of July, 2008.

                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record