UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60168-CIV-UNGARO

JAMES WILLIAMS,
    Plaintiff,

v.

R.W. CANNON, INC., a Florida
corporation, d/b/a INTERSTATE BATTERY
SYSTEMS OF COASTAL FLORIDA, and
ROBERT W. CANNON, individually,
    Defendants.
_____/

## ORDER EXPEDITING RESPONSE

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment and Motor Carrier Act Defense, filed July 16, 2008. (D.E. 68.).

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendants shall file a responses to Plaintiffs' Motion to Strike no later than **Friday, July 25, 2008**. No reply will be permitted.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2008.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record