UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60168-CIV-UNGARO

JAMES WILLIAMS,
    Plaintiff,

v.

R.W. CANNON, INC., a Florida
corporation, d/b/a INTERSTATE BATTERY
SYSTEMS OF COASTAL FLORIDA, and
ROBERT W. CANNON, individually,
    Defendants.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon Plaintiff's Renewed Motion for Summary Judgment as to Liability, filed July 10, 2008. (D.E. 57.)

THE COURT has considered the motion, the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to Local Rule 7.1.C. of the Southern District of Florida, Defendants' response to Plaintiff's motion for summary judgment was due no later than July 28, 2008. Defendants have failed to file a timely response. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants shall file a response to Plaintiff's motion for summary judgment no later than July 31, 2008. Defendants are cautioned that if they fail to file a response they will be subject to sanctions.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record