```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO.08-60168-CIV-UNGARO
```

JAMES WILLIAMS,

    Plaintiff,

vs.

R.W. CANNON, et. al.,

    Defendant(s).

_____/

## ORDER RE-SETTING PRE-TRIAL CONFERENCE,
## CALENDAR CALL AND TRIAL DATE

THIS Court, sua sponte, informs all parties to the above matter that it is re-set for Pretrial Conference on **SEPTEMBER 26, 2008, at at 11:00 a.m.** Calendar is re-set for **1:00 PM on OCTOBER 8, 2008** with trial reset for the two week period commencing **OCTOBER 13, 2008**. All hearings will be held at the Courthouse located at 400 North Miami Ave., 12-4, Miami, Florida 33128. It is further

**ORDERED and ADJUDGED** that the parties shall submit a revised Pretrial Stipulation on or before **SEPTEMBER 17, 2008** taking into consideration the Court's ruling on the Motion for Summary Judgment entered on September 4, 2008. All other dates and deadlines shall

remain in full force and effect.

DONE and ORDERED at Miami, Florida, this ___4___ day of September, 2008.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record