**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-60168-CIV-UNGARO

JAMES WILLIAMS,

    Plaintiff,

v.

R.W. CANNON, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* review of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 4, 2008, this Court entered an Order requiring the parties to file a Revised Joint Pretrial Stipulation no later than September 17, 2008, taking into consideration the Court's ruling on the Motion for Summary Judgment entered September 4, 2008. The Revised Joint Pretrial Stipulation has not been filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties SHALL show cause why this matter should not be dismissed for failure to comply with this Court's Order, by 3:00 p.m. on September 23, 2008. It is further

ORDERED AND ADJUDGED that the parties SHALL file a Revised Joint Pretrial Stipulation by 3:00 p.m. on September 23, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record