UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 08-60168-Civ-Simonton

JAMES WILLIAMS,

   Plaintiff,

vs.

R. W. CANNON, INC., a Florida corporation, d/b/a INTERSTATE BATTERY SYSTEMS OF COASTAL FLORIDA, and ROBERT W. CANNON, individually,

   Defendants.
_____/

### Plaintiff's Motion to Strike as Untimely Declaration of Leslie Langbein, Esq.

    Plaintiff, James Williams, moves for entry of an order striking as untimely Defendants' Declaration of Leslie Langbein, Esq., and states as grounds:

    1.    This is an action brought pursuant to and arising under the Fair Labor Standards Act of 1938, as amended [29 U.S.C. § 201, et seq.] for unpaid overtime. This case was tried December 8 - 12, 2008. Plaintiff prevailed at trial.

    2.    On April 13, 2009, Plaintiff filed a Motion for Attorney Fees, Costs, and Litigation Expenses, the response to which was due by April 30, 2009 [DE 157].



The Amlong Firm • 500 Northeast Fourth Street • Fort Lauderdale, FL 33301 • 954.462.1983

3. On April 30, 2009, Defendants filed for a Motion for Enlargement of time to respond to Plaintiff's Motion [DE 160], which was granted the same day. Defendants were ordered to respond on or before May 11, 2009 [DE 161].

4. On May 15, 2009, Defendants filed a second Motion for Enlargement of Time to respond to Plaintiff's Motion of April 13, 2009, which was granted the same day. Defendants were ordered to file their response on or before June 1, 2009. However, Defendants failed to respond, as they had with respect to several prior motions filed by the Plaintiff.

5. On June 24, 2009, Plaintiff filed a Motion for Default Judgment re: Plaintiff's Motion for Attorney Fees, and Costs [DE 164].

6. It was not until **_after_** Plaintiff moved for Default that Defendants filed their Response to Plaintiff's Motion for Attorney's Fees and Costs [DE 165]. Additionally, Defendants filed their response without seeking leave of Court, despite it being overdue by more than 3 weeks after two extensions of time by the Court.

7. Plaintiff filed a Reply to the Response on July 6, 2009.

8. After Plaintiff had already replied to the Response, Defendant filed the Declaration of Leslie Langbein, Esq., presumably as a fees witness on July 8, 2009[1]. Ms. Langbein is currently the opposing counsel in a pending case handled by Amlong & Amlong, P.A.

---

[1] The Declaration was filed without a Motion and without conferring with Plaintiff.

9.Accordingly, as this is yet another in a continuing pattern of missed deadlines that unfairly prejudices the Plaintiff, the Defendants' Declaration of Leslie Langbein, Esq. should be stricken.  The filing of the Declaration is severely prejudicial to Plaintiff because the time to file supportive pleadings related to Attorney's Fees and Costs has expired.  Furthermore, Defendants never sought to confer with Plaintiff regarding filing motions when time had expired and have continuously ignored deadlines established by this Court.

10.Plaintiff has contacted Defendants via telephone and e-mail starting July to determine its position on the motion.  To date, Plaintiff has not received a response.

WHEREFORE, Plaintiff moves for entry of an order striking Defendants' fees declaration as untimely for the reasons set forth in the motion.

July 17, 2009

Ft. Lauderdale, Florida

Respectfully submitted,

 /s/ Jennifer Daley
JENNIFER DALEY
Florida Bar Number 856436
jdaley@theamlongfirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983/ (954) 523-3192 (fax)
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Southern District of Florida and thereby electronically transmitted to counsel of record.

s/ Jennifer Daley
Jennifer Daley

## **SERVICE LIST**

Scott M. Behren, Esquire
Florida Bar Number 987786
Behren & Associates
scott@behrenlaw.com
2853 Executive Park Drive, Suite No. 103
Weston, FL 33331
Attorneys for Defendants

\\amlong3\cpshare\CPWin\HISTORY\090702_0001\E98.2EF