UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60168-CIV-UNGARO/SIMONTON
CONSENT CASE

JAMES WILLIAMS,

     Plaintiff,

v.

R.W. CANNON, INC., a Florida
Corporation d/b/a INTERSTATE
BATTERY SYSTEMS OF COASTAL
FLORIDA, and ROBERT W.
CANNON, individually,

     Defendants.

_____/

ORDER GRANTING PLAINTIFF'S REQUEST TO
COMPEL POST-JUDGMENT DISCOVERY

Presently pending before the Court is Plaintiff's Motion for Entry of Final Judgment For Attorneys' Fees and Costs (DE # 172). In this motion, *inter alia*, Plaintiff asks this Court to order Defendants to complete within 45 days of the entry of the final judgment, under oath, Fla.R.Civ.P. Form 1.977, including all required attachments. Defendants have not filed a response and the last day to timely file a response was September 28, 2009. On September 30, 2009, the undersigned entered a Final Judgment on Attorney's Fees and Costs against Defendants, jointly and severally.

Therefore, pursuant to Local Rule 7.1 C., it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Request To Compel Post-Judgment Discovery (DE # 172), is **GRANTED by default**. On or before November 16, 2009, Defendants R.W. Cannon, Inc. and Robert W. Cannon shall each complete, under oath, Fla.R.Civ.P. Form 1.977, including all required attachments, and serve it on Plaintiff's

attorney.  Defendants are placed on notice that failure to obey this order may be

considered contempt of court.

       **DONE AND ORDERED** in chambers in Miami, Florida on October 1, 2009.

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
All counsel of record