UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60168-CIV-UNGARO/SIMONTON
<u>CONSENT CASE</u>

JAMES WILLIAMS,

      Plaintiff,

v.

R.W. CANNON, INC., et al.,

      Defendants.

_____/

<u>ORDER GRANTING BY DEFAULT PLAINTIFF'S MOTION FOR ORDER
TO SHOW CAUSE AND TO COMPEL RE: ORDER GRANTING
PLAINTIFF'S MOTION FOR POST-JUDGMENT DISCOVERY</u>

      Presently pending before the Court is Plaintiff's Motion for Order to Show Cause and to Compel Re: Order Granting Plaintiff's Request For Post-Judgment Discovery (DE # 179). In this motion, Plaintiff states that Defendants have not completed Fla.R.Civ.P. Form 1.977, including all required attachments, and served the completed form on Plaintiff's attorney, as ordered by this Court on October 1, 2009. Plaintiff asks this Court to enter an Order requiring Defendants: 1) to show cause why they should not be held in contempt for failing to comply with this Court's October 1, 2009 Order granting Plaintiff's request for post-judgment discovery and 2) to complete the forms and to serve them on Plaintiff's attorney.

      Defendants have not responded to the motion and the last day to timely file a response was December 18, 2009.

      Therefore, pursuant to Local Rule 7.1 C., it is hereby

      **ORDERED AND ADJUDGED** that Plaintiff's Motion for Order to Show Cause and to Compel Re: Order Granting Plaintiff's Request For Post-Judgment Discovery (DE #

179), is **GRANTED by default**.  On or before January 19, 2010, Defendants R.W.

Cannon, Inc. and Robert W. Cannon shall 1) file a memorandum of law showing cause

why they should not be held in contempt for failing to comply with this Court's October 1,

2009 Order granting Plaintiff's request for post-judgment discovery and 2) each

complete, under oath, Fla.R.Civ.P. Form 1.977, including all required attachments, and

serve it on Plaintiff's attorney.

**DONE AND ORDERED** in chambers in Miami, Florida on January 7, 2010.

_Andrea M. Simonton_
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
All counsel of record